UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DARROW CONSULTING CORPORATION,

                      Plaintiff,                          Case No. 20-CV-7741(ER)(BCM)

      -against-                                **DEFAULT JUDGMENT**

DARDEN ENTERPRISES, INC. and
CALVIN DARDEN d/b/a DARDEN
ENTERPRISES, INC.,

                      Defendants.

-------------------------------------------------------------------X

       This action having been commenced on September 20, 2020 by the filing of the Complaint, and the Summons having been issued on September 25, 2020, and a copy of the Summons & Complaint having been served on the defendant CALVIN DARDEN d/b/a DARDEN ENTERPRISES, INC. on October 21, 2020 by personally serving a copy thereof upon Patricia Darden, his wife, with proof of service thereof having been filed on October 28, 2020, and the defendant CALVIN DARDEN d/b/a DARDEN ENTERPRISES, INC. not having answered the Complaint, and the time for answering the Complaint having expired, it is

       ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant CALVIN DARDEN d/b/a DARDEN ENTERPRISES, INC. in the liquidated amount of $75,000.00 with interest at __nine__ percent per annum from February 27, 2020 to the date of judgment in the amount of $ _6,213.70_ , amounting in all to $_$81,213.70_ ; and it is further

       ORDERED, ADJUDGED AND DECREED: That the plaintiff shall have judgment for costs as taxed by the Clerk of the Court.

Dated: New York, New York
       January 28, 2021

                                                          _____
                                                           United States District Judge